05/14/2009  15:23    5165760565                PAUL J ISRAELSON ESQ                PAGE  03/06

(516) 576-1600
Fax No. (516) 576-0565

# Richard A. Engelberg P.C.

RICHARD A. ENGELBERG ESQ.

E-Mail: rengelberg1@Verizon.net

54 SUNNYSIDE BLVD.- Suite J
PLAINVIEW, NEW YORK 11803

May 14, 2009

Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn: Chambers Rm 921 South

    Re: Weintraub v. Board of Education of the City of New York et al.
       Docket No.: CV- 00 4384 (ILG)

Honorable Sir:

  Permit this letter to act as a motion pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure to substitute Gary Weintraub administrator of the Estate of David Weintraub in place of the plaintiff. David Weintraub passed away on February 14, 2009 as per a copy of the death certificate annexed.

  The Surrogate's Court of Queens County appointed Gary Weintraub as administrator of David Weintraub's Estate on May 1, 2009. Annexed to this letter is a Certificate of Appointment of Administrator.