FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 12 2010 ★

BROOKLYN OFFICE

(516) 576-1600
Fax No. (516) 576-0565

# Richard A. Engelberg P.C.

RICHARD A. ENGELBERG ESQ.

E-Mail: rengelberg1@Verizon.net

February 3, 2010

54 SUNNYSIDE BLVD.- Suite J
PLAINVIEW, NEW YORK 11803

Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn: Chambers Rm 921 South

    Re:    Weintraub v. Board of Education of the City of New York et al.
            Docket No.: CV- 00 4384 (ILG)

Honorable Sir:

    I am willing to meet with the Court as indicated on February 10, 2010. I would ask that the meeting be held at 3:00 p.m.

Very truly yours,

RICHARD A. ENGELBERG

RAE:ap
cc: Edward F.X. Hart, Esq.
     Via fax # 212- 791-9716
     James Lemonedes. Esq.

     Via fax # 212-788-0877

     Judge I. Leo Glasser's Fax # 718-613-2446

02/03/2010 11:11 5165760565 PAUL J ISRAELSON ESQ PAGE 02/02