FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2010 ★

# Richard A. Engelberg P.C.

RICHARD A. ENGELBERG ESQ.

(516) 576-1600
Fax No. (516) 576-0565

E-Mail: rengelberg1@Verizon.net

54 SUNNYSIDE BLVD.- Suite J
PLAINVIEW, NEW YORK 11803

April 16, 2010

Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn: Chambers Rm 921 South

Re: Weintraub v. Board of Education of the City of New York et al.
Docket No.: CV- 00 4384 (ILG)

Honorable Sir:

On April 12, 2010 the Second Circuit Court of Appeals denied the petition for rehearing and *en banc* consideration. I have every intention of petitioning the United States Supreme Court for a Writ of Certiorari. I will keep the Court advised as to when the Writ is to be filed. Petitioner has ninety days from the date of the filing of the Court of Appeals denial of April 12, 2010.

Very truly yours,

RICHARD A. ENGELBERG

RAE:ap

cc: Eric Eichenholtz, Esq.
Corporation Counsel of the City of New York

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of April, two thousand and ten.

FILED
APR 12 2010
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

DAVID H. WEINTRAUB,

    Petitioner-Appellant,

Docket No. 07-2376-cv

-- v. --

BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, COMMUNITY SCHOOL DISTRICT 32, CITY OF NEW YORK, DOUGLAS GOODMAN, DAISY O'GORMAN, FELIX VAZQUEZ, FRANK MILLER, AIDA SERRANO, LAWRENCE BECKER, JERRY CIOFFI,

Respondents-Appellees.

David Weintraub having filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*, and the panel that determined the appeal having considered the request for panel rehearing, and the active members of the Court having considered the request for rehearing *en banc*,

    IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

