**United States District Court**
**Eastern District of New York**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 2 5 ...
BROOKLYN OFFICE

Date: 2/25/11

E.D.N.Y.'s Case Number: Civil/Criminal  CV 00-4384

Judge: Glasser

Court of Appeals Case Number: 07-2376-mv

Caption: Weintraub  vs. NYC Board of Education

## Return of file from the Court of Appeals

A. List the Document numbers returned to us:

1-53, 55-74, 78, 81, 83

B. List the Document numbers that were NOT returned to us:
[An * beside a document number means that that document was missing and was not sent to the Court of Appeals.]

By: _____
Deputy Clerk
(718) 260-_____

1. Attach a copy of the Index (the listing of the documents that were sent to the Court of Appeals) to this form, file stamp & docket this form (apprecret.) indicating what was returned to us & what was not.
2. Send a copy of this completed form to Fred Nunnery c/o Court of Appeals, making a notation in your docket entry that you did so.
3. If there is no closed flag, docket "closed".